# **COURTROOM MINUTE SHEET**

DATE 08/26/2019

CASE NUMBER CIV-18-217-G

USA -vs- Christopher Chad Pool

COMMENCED 10:26    ENDED 12:15    TOTAL TIME 1 hr 49 min

PROCEEDINGS Sentencing

JUDGE CHARLES B. GOODWIN    DEPUTY JACOB BUCKLE    REPORTER TRACY THOMPSON

PLF COUNSEL Nick Patterson, Will McGarry

DFT COUNSEL Bob Jackson

PROBATION OFFICER Rod Rabon

INTERPRETER

WITNESSES FOR PLAINTIFF

1.
2.
3.
4.
5.

WITNESSES FOR DEFENDANT

1.
2.
3.
4.
5.

The Court hears argument from Govt and Deft re respective presentence motions and re Sentencing as well as personal statement of Deft and commits Deft to BOP for 240 months re counts 1, 5 and for 120 months re counts 2, 3, 4 to be followed by 5 years of Supervised Release with a Special Assessment of $500.00 due immediately and forfeiture as set forth in Preliminary Order of Forfeiture. Deft advised of appeal rights and remanded to custody of USM.  Sentence to run concurrently with Canadian County, OK case number CF-2018-514 and Oklahoma County, OK case number CF-2018-3580